GARY M. RESTAINO
United States Attorney
District of Arizona
BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Carlos Isaac Molinar Diaz, and<br>   (Counts 1-2)<br><br>2. Esmeralda Rodriguez Sanchez,<br>   (Counts 1 and 3)<br><br>Defendants. | No. CR-22-1105-PHX-DJH (DMF)<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 2-3<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about February 23, 2021, through on or about November 2, 2021, within the District of Arizona, Defendants CARLOS ISAAC MOLINAR DIAZ and ESMERALDA RODRIGUEZ SANCHEZ, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about September 27, 2021, in the District of Arizona, Defendant CARLOS ISAAC MOLINAR DIAZ knowingly made a false statement and representation to Jones & Jones, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Jones & Jones, in that Defendant CARLOS ISAAC MOLINAR DIAZ executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he resided at an address in Somerton, Arizona, whereas in truth and fact, Defendant knew that he resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about September 13, 2021, in the District of Arizona, Defendant ESMERALDA RODRIGUEZ SANCHEZ knowingly made a false statement and representation to Sprague's Sports, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sprague's Sports, in that Defendant ESMERALDA RODRIGUEZ SANCHEZ executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating she resided at an address in Somerton, Arizona, whereas in truth and fact, Defendant knew that she resided at a different address.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 3 of this Indictment, the defendants shall forfeit to the United States of America all right, title, and

interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense including, but not limited to the following property involved and used in the offense:

    (1) One Zastava PAP M70 rifle, SN: Z70-096468;

    (2) 3,000 rounds of 5.56mm ammunition;

    (3) 100 rounds of 9mm ammunition;

    (4) 84 AK47-style magazines; and

    (5) 33 AR15-style magazines.

If any forfeitable property, as a result of any act or omission of any defendants:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

    it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//
//
//

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  August 30, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
BENJAMIN GOLDBERG
Assistant U.S. Attorney